# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| K. C. KEITH COULTER, | ) | |
| Plaintiff, | ) | 2:08-cv-01175-KJD-GWF |
| vs. | ) | |
| DOUG GILLESPIE, *et al.*, | ) | **ORDER** |
| Defendants. | ) | |

On July 9, 2010, plaintiff filed a motion for all mail in this action to be certified. (Docket #7.) This action was dismissed on December 1, 2008. (Docket #3.) Accordingly, plaintiff's motion is **HEREBY DENIED** as moot. (Docket #7.)

DATED this 19th day of July, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge